UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULIO TORRES, et al.,

                      Plaintiffs,

v.                                            **ORDER**

CAPCON CONSTRUCTION INDUSTRIES      No. 21-CV-06771 (PMH)
CORP., et al.,

                      Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared today in person for a case management conference.

      Discovery closed on September 29, 2022. After hearing from the parties, the Court directed plaintiffs' counsel to make plaintiffs available for deposition at mutually agreeable dates and times, such depositions to be completed by 12/31/2022. In the event plaintiffs fail to comply with the Court's direction, the Court will entertain an application by defendants for discovery sanctions, including striking the complaint, provided such application is timely made and in strict accordance with the Court's Individual Practices.

      As the time to move for summary judgment expired, the Court directed the parties to meet and confer and file, by 1/31/2023, the pretrial submissions required under Individual Practices Rules 6(A) and 6(B). The parties shall be on five days' notice of trial after 1/31/2023.

      The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 27).

SO ORDERED.

Dated: White Plains, New York
       November 9, 2022

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge