

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

February 16, 2023

**Via ECF**
The Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Torres, et al. v. Capcon Construction Industries Corp., et al.**
**21-CV-6771 (PMH)**

Dear Judge Halpern:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter pursuant to the Court's February 10, 2023 Order [Dkt. No 38] to provide the Court with a fully executed copy of the Settlement Agreement submitted with the Motion for Settlement Approval [Dkt. No. 37].

    Attached hereto as **Exhibit 1** is the fully executed Settlement Agreement for the Court's review.

    We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.